UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Kozy Bar and Apartments-Pastoret
Terrace Building, et al.,

        Plaintiffs,

vs.                          ORDER ADOPTING THE
                                 REPORT AND RECOMMENDATION

The City of Duluth, et al.,

        Defendants.               Civ. No. 12-580 (ADM/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That the present action is dismissed without prejudice, without costs or disbursements to any party, subject to the conditions in the parties' Stipulation, and that judgment is entered accordingly.

LET JUDGMENT BE ENTERED ACCORDINGLY.

                                                    s/Ann D. Montgomery

                                                    Ann D. Montgomery, Judge
DATED: June 27, 2012                          United States District Court
At Minneapolis, Minnesota